FILED
1/8/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDON DIXON, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA COMPANY doing business as Papa John's Pizza; RICK MOHLER; and ALLISON MOHLER,<br><br>Defendants. | CV 19-111-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a motion to permit Daniel P. Hull to appear on Plaintiff's behalf at the Preliminary Pretrial Conference on January 9, 2020. (Doc. 34.) Good cause appearing, Plaintiff's motion is GRANTED. Mr. Hull is granted leave to appear for the limited purpose of participating in the Preliminary Pretrial Conference. Mr. Hull's further participation in this case is dependent upon his submission of an application for admission *pro hac vice*.

DATED this 8th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge