FILED
1/9/2020
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDON DIXON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA COMPANY doing business as Papa John's Pizza; RICK MOHLER; ALLISON MOHLER,<br><br>　　　　　Defendants. | CV 19-111-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Daniel P. Hull to practice before this Court in this case with John M. Fitzpatrick to act as local counsel. Mr. Hull's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Daniel P. Hull pro hac vice is GRANTED on the condition that Mr. Hull shall do his own work. This means that Mr. Hull must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hull, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 9th day of January, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge