IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 28 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| BRANDON DIXON, Individually and on Behalf of Similarly Situated Persons,<br><br>Plaintiffs,<br><br>vs.<br><br>MOUNTAIN VIEW PIZZA COMPANY D/B/A PAPA JOHN'S PIZZA, RICK MOHLER, and ALLISON MOHLER,<br><br>Defendants. | CV 19-111-BLG-SPW-TJC<br><br>ORDER |

Upon the Joint Stipulation of Dismissal with Prejudice (Doc. 43) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED with prejudice**, with each party to bear their own costs and attorney's fees.

DATED this 28th day of July, 2020.

Susan P. Watters
U. S. DISTRICT JUDGE

1